UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROWAN A. LEWIS,**

    **Plaintiff,**

v.                         Case No.  5:24-cv-250-MCR-MJF

**JPAY INC.,**

    **Defendant**.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 9, 2025, ECF No. 8. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** without prejudice for maliciousness and abuse of judicial process under 28 U.S.C. § 1915A(b)(1).

3. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**